**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tim Leatherby,<br><br>    Plaintiff,<br><br>v.<br><br>United States of America,<br><br>    Defendant. | No. CV18-01507-PHX-DGC<br><br>**ORDER** |

Defendant the United States of America moves to dismiss pro se Plaintiff Tim Leatherby's complaint. Docs. 3, 14. For the following reasons, the Court will grant the motion.

On April 5, 2018, Plaintiff filed a small claims complaint in the Pinal County Justice Court. Doc. 1-3 at 3. Plaintiff alleged that four individuals attacked him and his service dog at a gas station in Quartsite, Arizona, causing injury and damages totaling $3,500. *Id.* Plaintiff alleges that these individuals were undocumented aliens. *Id.* The complaint named Senator Charles E. Schumer as the defendant and alleged that he broke his oath to uphold the laws of the United States by "protecting illegal aliens [and] by blocking dep[or]tations [and] taking mon[ey] from illegal aliens." *Id.* Defendant United States substituted itself in place of Senator Schumer and removed the case to this Court. Doc. 1.

Defendant argues that the Court lacks subject matter jurisdiction over the case and personal jurisdiction over Senator Schumer, and that Plaintiff fails to state a claim. Doc. 3. The Court agrees. Plaintiff's complaint fails to demonstrate a waiver of sovereign

immunity.  *Alvarado v. Table Mountain Rancheria*, 509 F.3d 1008, 1016 (9th Cir. 2007); *Dunn & Black P.S. v. United States*, 492 F.3d 1084, 1087-88 (9th Cir. 2007).  Plaintiff has not exhausted his administrative remedies.  28 U.S.C. § 2675(a); *McNeil v. United States*, 508 U.S. 106, 112-13 (1993).  Plaintiff has failed to demonstrate that he has Article III standing, *Lujan v. Defs. of Wildlife*, 504 U.S. 555, 561 (1992), and to show that the Court has personal jurisdiction over Senator Schumer, *Boschetto v. Hansin*, 539 F.3d 1011, 1015 (9th Cir. 2008).  And Plaintiff's complaint fails to state a claim for relief, citing no law or basis for any of his claims.  Fed. R. Civ. P. 12(b)(6); *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009).  The Court will dismiss Plaintiff's complaint.

The Court will deny Plaintiff leave to amend.  Defendant attempted to confer with Plaintiff about deficiencies in his complaint, and Plaintiff was unreceptive.  Doc. 12.  The Court finds that Plaintiff could allege no set of facts that would establish a viable claim against the United States based on the incident at the Quartsite gas station and the actions of Senator Schumer.

**IT IS ORDERED** that Defendant's motion to dismiss (Doc. 3) is **granted**.  Plaintiff's complaint is dismissed with prejudice.  The Clerk shall **terminate** this action.

Dated this 30th day of November, 2018.

David G. Campbell
Senior United States District Judge